# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 4, 2020

Lyle W. Cayce
Clerk

No. 20-40125
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Brenda Yadira Gamez-Castaneda,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:19-CR-997-4

Before Jolly, Elrod, and Graves, *Circuit Judges*.

Per Curiam:*

Brenda Yadira Gamez-Castaneda appeals her sentences for conspiracy to transport aliens within the United States and illegal reentry. As Gamez-Castaneda acknowledges, her as-applied Sixth Amendment sentencing challenge is foreclosed by circuit precedent. *See United States v.*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40125

*Hernandez*, 633 F.3d 370, 374 (5th Cir. 2011); *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, we GRANT her motion for summary disposition and AFFIRM the judgment of the district court.